IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:22-CV-176-D

| | |
|---|---|
| JAMES NATHANIEL DOUSE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| and DEPARTMENT OF THE NAVY, ) | |
| ) | |
| Defendants. ) | |

On October 19, 2022, James Nathaniel Douse ("Douse" or "plaintiff"), appearing pro se, filed motions to revise summons for two defendants and to give plaintiff access to CM/ECF system. See [D.E. 6, 7].

Douse may submit revised summonses for issuance by the clerk. Douse is responsible for effecting service of process on the defendants in accordance with the Federal Rules of Civil Procedure..

Douse has access to the CM/ECF system to review the court's docket through the public access terminals in the clerk's office and via PACER. Douse also can be a receiving user of CM/ECF. See Local Civ. Rule 5.1(b). The rules of this court, however, prohibit Douse from electronic filing with this court. See id.

In sum, plaintiff's motion to revise summons [D.E. 6] is GRANTED in part, and plaintiff's motion for access to CM/ECF to file electronically [D.E. 7] is DENIED. To the extent that plaintiff wants to register to be a receiving user under Local Civil Rule 5.1(b)(2) he may do so.

SO ORDERED. This 28 day of October, 2022.

                                                          JAMES C. DEVER III
                                                          United States District Judge