Suppe,ent THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:22-CV-176-D

JAMES NATHANIEL DOUSE, )
)
Plaintiff, )
)
v. ) **ORDER**
)
UNITED STATES OF AMERICA, )
and DEPARTMENT OF THE NAVY, )
)
Defendants. )

On November 4, 7, and 16, 2022, James Nathaniel Douse ("Douse" or "plaintiff"), appearing pro se, filed motions to supplement the record. See [D.E. 14, 15, 16]. The motions to supplement the record [D.E. 14, 15, 16] are GRANTED.

SO ORDERED. This _16_ day of November, 2022.

JAMES C. DEVER III
United States District Judge