IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:22-CV-176-D

| | | |
|---|---|---|
| JAMES NATHANIEL DOUSE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| and DEPARTMENT OF THE NAVY, | ) | |
| | ) | |
| Defendants. | ) | |

For the reasons stated in <u>Fancher v. United States,</u> No. 5:22-CV-315, 2022 WL 17842896

(E.D.N.C. Dec. 20, 2022), the court DISMISSES WITHOUT PREJUDICE plaintiff's complaint for

failure to exhaust administrative remedies under section 804(h) of the Camp Lejeune Justice Act.

SO ORDERED. This 13 day of January, 2023.

JAMES C. DEVER III
United States District Judge
