UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES NATHANIEL DOUSE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, and )<br>DEPARTMENT OF THE NAVY, )<br>)<br>Defendants. ) | **JUDGMENT IN A**<br>**CIVIL CASE**<br>**CASE NO. 7:22-CV-176-D-RJ** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that for the reasons stated in Fancher v. United States, No. 5:22-CV-315, 2022 WL 17842896 (E.D.N.C. Dec. 20, 2022), the court DISMISSES WITHOUT PREJUDICE plaintiff's complaint for failure to exhaust administrative remedies under section 804(h) of the Camp Lejeune Justice Act.

**This Judgment Filed and Entered on January 13, 2023, and Copies To:**

| | |
|---|---|
| James Nathaniel Douse | (Sent to 11523 Palmbrush Trail Unit 138 Lakewood Ranch, FL 34202 via US Mail) |
| Frederick Gaston Hall | (via CM/ECF electronic notification) |

DATE:  PETER A. MOORE, JR., CLERK

January 13, 2023  (By) /s/ Nicole Sellers

Deputy Clerk